UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE STOYTCHEV,

                        Plaintiff,                    **ORDER**

     -against-                             22-cv-8877 (AEK)

CITY OF YONKERS, *et al.*,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     The Court has reviewed the parties' joint status letter filed at ECF No. 96. Below are the Court's rulings on the discovery issues raised therein.

     1.     Defendants do not object to a number of Plaintiff's requests. The Court therefore grants them—with some modifications—as follows:

          (i)     With respect to information from the "BlueTeam" use of force database, by **July 22, 2025**, Defendants must either (a) produce the BlueTeam data export Excel spreadsheet of all use of force data covered by the agreed-upon *Monell* lookback period of July 29, 2014 through October 19, 2019, or (b) submit a letter to the Court explaining the particular reasons why they cannot meet that deadline, and provide a date by which the data will be produced.

          (ii)     With respect to the Internal Affairs investigations into 25 excessive force incidents as to which Defendants have produced paper documents, by **July 25, 2025**, Defendants must (a) produce all outstanding "digital documents," including audio and video, associated with those investigations, or (b) submit a letter to the Court explaining the particular reasons why they cannot meet that deadline, and provide a date by which the documents will be produced.

(iii) With respect to the "Miscellaneous Outstanding Documents[1]" listed on page 3 of the letter which Defendants have not been able to locate, by **July 25, 2025**, Defendants must (a) produce the Miscellaneous Outstanding Documents, (b) confirm that they have completed their searches and that there are no other locations to be searched, or (c) indicate what additional steps Defendants intend to take to search for the documents, and provide a date by which those searches (and any potential further productions) will be completed.

2. With respect to production of an electronic copy of the civilian complaint database for the City of Yonkers Police Department for 2010-2020, **by July 25, 2025**, Defendants must either (a) produce a complete electronic copy of the database in Excel format, or (b) provide to Plaintiff's counsel a written objection stating the bases for refusing to produce this database.

3. With respect to the examples of other documents Plaintiff seeks that Defendants "will not produce absent Court order," *see* ECF No. 96 at 4-5, the Court understands this to mean that the parties have reached an impasse with respect to these documents or categories of documents, and expects that the parties will state their positions in favor of and against production in their pre-conference submission. *See* ¶ 4, *infra*.

4. As the parties have proposed, *see* ECF No. 96 at 5, **by July 25, 2025**, the parties must provide the Court a joint written update on the status of *Monell* 30(b)(6) deposition topics,

---

[1] Section (d) of the "Miscellaneous Outstanding Documents" section—including, but not limited to, footnote 5, which comes at the end of this section, includes incorrect dates for the alleged incidents involving Plaintiff. Plaintiff's counsel must promptly clarify for Defendants' counsel which dates are actually at issue here.

and any outstanding disputes requiring the Court's attention, including those items referenced in paragraph 3 above.

Dated: July 18, 2025
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge