UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GEORGE STOYTCHEV,

Plaintiff,

-against-

CITY OF YONKERS, POLICE OFFICER JOSEPH NIEVES, POLICE OFFICER TERRENCE DOYLE, POLICE OFFICER LUKE KUSICK, POLICE OFFICER JOSEPH REAGAN, POLICE OFFICER RICHARD WINDISCH, POLICE OFFICER THOMAS BALL, and POLICE OFFICER ANDREW LANE,

Defendants.
---------------------------------------------------------------x

**ORDER**

22 Civ. 8877 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At the status conference conducted on November 6, 2026, the Court adopted the following discovery schedule:

- By **November 30, 2026**, (1) the parties must serve (i) amended or supplemental disclosures pursuant to Rules 26(a) and 26(e), including those materials listed in Local Civil Rule 83.10(e), and (ii) any final targeted document requests and interrogatories; (2) Plaintiff must provide appropriate medical authorizations, including HIPAA-compliant releases; and (3) Plaintiff must serve his Rule 30(b)(6) deposition notice for the City of Yonkers;
- Requests for admission must be served by **January 22, 2027**;
- By **January 29, 2027**, (1) depositions will be taken of (i) Defendants Nieves, Ball, and Reagan; (ii) the designated City of Yonkers Rule 30(b)(6) witness(es); and (iii) any necessary third parties; and (2) Plaintiff's supplemental deposition will be taken;

- All fact discovery must be completed by **March 30, 2027**;
- By **April 6, 2027**, the parties will file a joint status letter regarding their interest in mediation or a settlement conference;
- Plaintiff's expert reports must be served by **April 2, 2027**;
- Defendants' expert reports must be served by **April 30, 2027**;
- Rebuttal expert reports must be served by **May 14, 2027**; and
- Expert discovery and all discovery must be completed by **June 18, 2027**.

By no later than **November 20, 2026**, each side must file a letter regarding its position with respect to production of the BlueTeam narrative fields, as well as any other outstanding discovery issues.

By no later than **November 25, 2026**, Defendants must serve and file their responses to the First Amended Complaint.

Adjourned to **December 3, 2026 at 4:00 p.m.** for a video status conference. The Court will send a video link to the parties in advance of the conference.

Dated: November 6, 2026
White Plains, New York

**SO ORDERED.**



ANDREW E. KRAUSE
United States Magistrate Judge